**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00204-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FEDERICO RAMIREZ-VASQUEZ,

      Defendant.

---

**MINUTE ORDER**[1]

---

      A Notice of Disposition was filed on June 7, 2011. On **June 27, 2011**, commencing at 11:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: June 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.