**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00204-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FEDERICO RAMIREZ-VASQUEZ,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On August 31, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

      **IT IS ORDERED** as follows:

      1.  That on **December 9, 2011**, commencing at 1:30 p.m., the court shall conduct the change of plea hearing in this matter; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  August 31, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.