**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00204-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FEDERICO RAMIREZ-VASQUEZ,

    Defendant.

**MINUTE ORDER**[1]

    The Change of Plea Hearing set for March 23, 2012, is **VACATED** and **CONTINUED** to Monday, **March 26, 2012, at 11:00 a.m.** at which counsel and the defendant shall appear without further notice or order.  To the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  March 23, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.